Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 01 2026

ERIK PALTROW
CLERK OF COURT

## UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

| | |
|---|---|
| Teresa Schuster, Pro Se | Case No ___26-CV-1759___ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| The United States | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Teresa Schuster |
| Street Address | 740 Montwood Court |
| City and County | Alamogordo,  Otero County |
| State and Zip Code | New Mexico 88310 |
| Telephone Number | 575-437-7770 Land Line |
| E-mail Address | |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                                The United States
    Job or Title (if known)             USPS
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 2

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I am filing the case in the United States Court of Federal Claims per 28 U. S. C. §1346(b)(1) and Nature of Suit Code 360

On July 13, 2023, as a business invitee of USPS onto their premises, the USPS owed me the highest duty of care. Premises at the USPS should be safe for customers on the premises. *See Attachment Continued*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.     If the defendant is a corporation

The defendant, *(name)*  N/A _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

My Federal Tort Claim incident date July 13, 2023, was denied, letter date August 25, 2025, by USPS after it was submitted to the USPS Law Service Center. After denial of the claim, I then requested a Reconsideration of my claim. That request was also denied. letter received was dated December 3, 2025. I am now filing this claim, Pro Se, within the appropriate time limits.

See Statement of Claim Attachments Pages: 1-7

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Demand is for $45 Million Dollars as listed on the Tort Claim submitted to USPS Tort Law Center. No amount of money will undo the damage that has been done to me. I am an older woman, and I was an innocent person doing business at Alamogordo USPS Facility on the day I was assaulted. My life changed that day. I continue to live with pain and suffering and emotional distress. I should have never been assaulted in a Federal Building USPS Facility. The video footage the Alamogordo USPS Facility was asked to preserve of that day will show the events that I have listed to the best of my ability on this Complaint, as a Plaintiff, Pro Se.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                05/31/2026

Signature of Plaintiff

Printed Name of Plaintiff        Teresa Schuster

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Attachments: Page 1 Teresa Schuster, 740 Montwood Court Alamogordo, NM

II. Basis for Jurisdiction Continued

On July 13, 2023, as an invitee of the USPS onto their premises, the USPS owed me the highest duty of care. Premises at the USPS should be safe for those who do business there. There was Breach of Duty and the USPS employees/agents failed to uphold their required obligation by their negligent actions and inactions. I was physically assaulted inside the USPS Facility by an Autistic Youth. There was a complete lack of response and intervention when assaults took place. Police were not called and USPS employees did not intervene at any time to help me, nor even ask if I was okay. Security footage was not provided, even though the Postmaster had stated she would provide it after Police report was taken. At the end of the Police interviews when asked for the footage, she said she wasn't providing it. Security footage was not provided later either, when I wrote and asked the USPS in Alamogordo NM for the video footage. The Postmaster on August 10. 2023, in her response letter stated, that per the Inspection Service the video footage I requested wouldn't be provided. That footage was "live feed for management only with no recording capability." If I had questions on the matter, I had to contact the Postal Inspector. In this case without recording capability of the USPS security system, it creates a huge safety breach not only for me, but for all people who enter the Alamogordo, NM USPS premises and any other USPS premises, if her statement is true. The Postmaster told an employee that I had made up the story of being assaulted in the USPS Facility. Other employees claimed that they didn't see any assault took place. It took place in proximity to where they were, and they would be able to see when the youth assaulted me. Security cameras were in proximity too. USPS had the ability to assist in identifying who committed the assaulting. USPS has never disclosed who it was.

That Breach of Duty was the cause of the incidents and sequence of events occurring and as they did with sufficient negligence evident. USPS employees could have intervened and called the police when the youth became aggressive and violent but didn't do anything to help me. Because nothing was done by those who could have done something, I was assaulted, suffered painful injury, trauma and related emotional distress. These conditions are now long term. He assaulted again, after assaulting me and still USPS employees failed to take any action saying and doing nothing to help. The youth was able to stay in the USPS Facility and leave only when his mother was done with her business there.

As a result of that Breach of Duty, damage occurred. I suffered physical injury, trauma, pain and suffering and emotional distress, and now I have long-term effects from the damage. Just writing this legal complaint is traumatic and I feel that I have now been victimized not only from the violent assault on that day, but also from the negligent lack of response and help when I was assaulted in the Alamogordo USPS facility.

## Page 1

### Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

My Federal Tort Claim incident date July 13, 2023, was denied, letter date August 25, 2025, by USPS after it was submitted to the USPS Law Service Center. After denial of the claim, I then requested a Reconsideration of my claim. That request was also denied. letter received was dated December 3, 2025. I am now filing this claim, Pro Se, within the appropriate time limits.

I went to the Alamogordo, NM USPS Facility on July 13, 2023.  I went to the Post Office to mail bills and buy stamps.  Two USPS employees were at the registers where people are assisted. I mailed my letters in the slot and then got at the end of the line for stamps.  A women and boy were in front of me, they had entered just prior to me entering.  I had left distance in between myself and them. The women had papers she was working on the counter by us. At some point, the boy removed himself from where she was, and at that time he turned around and looked at me. He was still distanced even more from me.  He now had a different look about him than what I had seen when I first saw them. He was not in the line anymore. He then stretched out one hand straight in front of him making a tight fist, the other hand he reached out, with hand open as if he was going to grab something. His mother was still busy with her papers.

I was standing with my arms and hands to my side and carrying my purse on one of the sides. Next, he was where I was and came at me and with force, he grabbed me by wrapping one arm around half of me. With his fisted hand, when he wrapped his arm around me, he applied force/punched me with the fist on my spine so hard and then held me tightly so I couldn't move. He had my arm pinned down with force. His hand remained on my spine area.  His other arm and hand were on the other side of me; he also disabled me from being able to use my other arm appropriately. He was persistent in doing all he could get to my neck area trying to choke/grab my neck with his other hand.  He was very strong, aggressive and violent.

I was in excruciating pain in my spine, neck, head, and whole body. I was in shock and disbelief at what was happening. USPS employees and others acted like

Page 2

## Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

nothing was happening and didn't respond to help. It was and still is like a nightmare. Having to file this claim is to revisit the trauma.

His mother too kept busy with her papers like nothing was happening. I spoke and said he had hit me/ hit my neck. His mother just said, he is special needs, autistic. Like it was nothing significant. No one else, USPS employees or others, said anything nor responded in any manner towards me and what was going on.

When I asked her name, she ignored me the first time, later she said it was Jennifer. Her demeanor then changed, telling me if I was calling the police, and to go ahead and call the police, repeating herself various times. She looked and acted angry towards me. I didn't have a cell phone in my hand. Again, no one else said or did anything to help. USPS employees said nothing to her either.

The boy then went away from me, and soon after positioned himself in the same manner as before he attacked me with one arm extended with a fist/closed hand and the other like when a person is going to grab something. He again focused his eyes intensely on me and he wasn't next to his mother.

I said that he was going to come towards me again, and she just repeated that he is special needs/autistic. At no time did the woman, postal employees, nor anyone ask if I was alright or did anything else, to address the situation, after her son attacked me, nor did she put him by her, at that time. He was doing what he wanted to do.

After I again told her he was going to come at me again, she grabbed him by his arm. Next, he was by her, she had him by the arm, and he then attacked her. The USPS employees present were there when it occurred. This took place in the small area of the USPS Facility in front area of where the USPS employees assist the customers.

The boy finally calmed down after he was rewarded with something given to him. His mom finished her business there. The USPS employee treated her very kindly in their dialoging. The woman and boy left the Post Office.

When I got my stamps, that same USPS employee who I've seen there for many years didn't address me in the same manner as the mother of the youth. After

**Page 3**

## Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

getting my stamps, I then went to another assistance window where a manager often helps customers and reported to a woman USPS employee what had occurred. I felt so unwell that I couldn't even just leave the premises because I was driving. I was in pain and felt like I was going to pass out. After I told her what had occurred, she asked if I just wanted to tell someone or make a formal complaint. It also wasn't possible to write what happened down on paper as I had also been asked to do by that employee. I reported the incident verbally. I told her I wanted to file a formal complaint. She said I could talk to the Postmaster. I waited awhile, then it turns out the postmaster wasn't even in the Post Office at the time. She said I could wait in the Post Masters office, and I said no, since the Postmaster wasn't even on the premises. She was at lunch.

Someone who has just suffered trauma shouldn't have to keep repeating what occurred in the USPS Federal Facility premises. She knew the Postmaster wasn't even on the premises. I told her I wasn't feeling well and needed to leave. I couldn't wait for the postmaster to get back from lunch. When I went outside to go to my car, the women I spoke to inside, was outside the post office with her phone in hand looking all around.

I drove home and told my family what had happened to me. They couldn't believe that would take place at the USPS facility, and that no one helped me in any way. Family members said that it had to be reported to the Police. I didn't want to go back to the Post Office, but we needed to request the preservation of the Security Camera Video footage and then we planned to go to the Police Station to report what had happened to me at the Alamogordo Post Office since the Post Office hadn't done so.

On the second trip to the Post Office, my daughter and I went in and went to the side window of the door that opens where I had previously reported the incident to a USPS employee. A man, that usually works the front of the Customer Service window opened it. He apparently knew who I was and what had happened. I told him we wanted the video preserved and that we were on our way to report it to the

**Page 4**

### Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

Police. He called the Postmaster on the phone. He told her I was there, and he continued saying "I don't believe she is making it all up." The Postmaster could be heard talking, and he stated the same, "I don't believe she is making it up." The woman was talking and apparently telling him that I was lying and had made up the story about the assault. That Postmaster wasn't even there when it happened or when my family and I returned.

The USPS employee that had called the postmaster by phone told us that she was on her way and would be there in 5 minutes. I told him, if she wasn't here soon, we would go on to the Police Station. He said she had already called the station. She wasn't there when the incident happened and apparently didn't get back to the USPS Facility after it occurred. The man said that she was still at lunch. It was afternoon time by then. We just sat in the lobby area of the Post Office waiting for her and the Police to arrive.

The Postmaster arrived in about 15 minutes and the Police Officers in 25. She said she had called on urgent call. It took 25 minutes for them to arrive. I was feeling very unwell and had to talk about the incident yet again.

I provided some information to the Police about what happened. When I told the Officer that the boys' mother wouldn't provide her name, he said they would look at the security footage and find out who it was through biometric technology. The

Postmaster said, the video would be provided/looked at. Later, she completely changed her comments and failed to provide the audio/video security footage. Also, it would have been very easy for the USPS employees to identify who the youth and his mother were. She filled out papers that she was going to mail, and the USPS employee assisted her in that. When the Police came to that USPS

Facility, those papers with their identification would have been available. During the time at the USPS Facility, the Police interviewed both USPS employees that had been present during what took place. One employee went to the back of the facility when the police arrive, and the employee who called the postmaster on the phone is the one that went to find him in the back. That man had been at lunch when the assault took place.

## Page 5

### Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

I heard when one of the USPS employees told the Police that he hadn't seen or heard anything. Later, he said he saw them in the line, but the boy was just by his mother. The other man claimed he never looks up and saw nothing. I followed up with a written request to USPS Postmaster in Alamogordo, in late July, for the Security Footage, but got a response from the Postmaster on August 10. 2023, saying that per the Inspection Service the video footage I requested wouldn't be provided. That footage was "live feed for management only with no recording capability." If I had questions on the matter, I had to contact the Postal Inspector.

The trauma I have experienced, associated with what occurred at the Alamogordo, NM Post Office Facility has been significant. After the assault, I did not go to the ER but made an appointment with my primary care physician because of how I felt. My initial appointment was rescheduled because when I arrived for it, the practitioner had left the office due to a family priority that had occurred. I was seen at the rescheduled appointment. The assault had much negative impact but did not leave me unconscious or break any of my bones.

At the time, the only thing I wanted to do was leave the Post Office and get home. I sought medical care as it became apparent that I started to feel very unwell and that was just the start. Fast forward I have had countless doctors' visits and **Page 6**

physical therapy to try and cope with the effects of the assault I endured. My life is not the same as it was before the assault and that day at the Post Office.

As a result of the injuries and the trauma suffered, I have had to have medical care and Physical Therapy. I have been limited in continuing medical care and PT due to the financial costs associated with the ongoing care. I had to inform my practitioners that I couldn't afford to pay out of pocket for my care. I have had to continue doing PT on my own with assistance from a family member. My life was negatively impacted in a severe manner that day and since then. It has been a major life disruption. The associated long-term pain and other problems I have experienced from what has suffered have been significant. My son has altered his life plans and dedicated a great amount of time and energy during this difficult time of these injuries and trauma so he could be available to assist me in what has

**Page 6**

## Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

been a long journey. The spinal injuries affected different areas of my body and symptoms vary. I've had problems with mobility, walking and later walking properly. I was left with neck injury that has affected swallowing, eating, my voice, also loss of sleep due to what happened. The injuries have greatly affected proper sleep due to the pain and discomfort that I live with. The pain throughout the body has been and is often still extensive, including headaches, and severe muscle contractions/spasms and I began having significant hypertension, I believe stress and pain related. Having to write about and recall details about the assault and related events for this complaint is further traumatic experience. Also, the associated emotional trauma and emotional distress from that assault. No one should be assaulted much less in a federal building.

I believe that significant negligence on the part of the USPS was involved as well as premises liability. There was lack of proper security measures and appropriate response when this occurred. Security cameras were present in the Alamogordo Facility. Something is very wrong when that can take place and no one responds appropriately with all that surveillance in place. I believe the response and outcome would have been different if the victim had been one of their own USPS employees.

Although it was a USPS customer who assaulted me, the USPS employees present were negligent by their failure to respond appropriately when that youth started exhibiting inappropriate behavior in a public place and then became violent at the USPS Facility, assaulting me. Their negligence was obvious. Based on what I experienced, there were negligent and wrongful acts or omissions on the part of some USPS employees who were present and those who saw the incidents take place that day as well as premises liability. They witnessed what happened in proximity and did absolutely nothing to help. I received no assistance whatsoever when the youth positioned himself to assault me. He had removed himself from the customer line and his mother prior to positioning himself in a strange manner before assaulting me. There was no response from USPS employees when he assaulted me, nor when he proceeded to attempt to do it again, (in the exact same manner as before), or after I was attacked. The employees present, helping

Page 7

## Statement of Claim Attachment: Teresa Schuster, 740 Montwood Court, Alamogordo, NM 88310

customers would have seen what occurred that day. They didn't call the police when the assaults took place, nor did they intervene. They acted as if nothing occurred. I saw one employee watching when assaulting took place, and another lowered his head. No employees came from elsewhere in the facility to assist or intervene either. No one asked if I needed medical care. Police were not called until later when I and a family member returned to the Post Office prior going to go and file the complaint with the Police Department. We'd gone to request that the security camera footage be preserved. At the time, The Postmaster was not there when the incident occurred and didn't show up until she was called yet again from the USPS just prior to the police arriving. When the man got off the phone, he said the Postmaster had gone ahead and called the police to come to the USPS Facility. They also refused to provide security footage even though it was requested. The USPS also didn't disclose the identity to me as to who had assaulted me. After I was assaulted, the mother didn't want to identify who she was. She had papers that day that would have had her identity as mother of that youth The Postmaster had told Police and me that security footage would be provided, then she changed her story and didn't provide it. A police report was filed.

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Teresa Schuster

### DEFENDANTS

The United States

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer     ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331

Brief description of cause:
Assaulted at USPS facility USPS negligence and premises liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $45 million

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____